

Suite 800
1919 Pennsylvania Avenue NW
Washington, DC  20006-3401

**T. Scott Thompson**
202.973.4208 tel
202.973.4443 fax
scottthompson@dwt.com

May 9, 2011

*Via ECF*
Hon. William D. Wall
United States Magistrate Judge
Eastern District of New York
United States Courthouse
100 Federal Plaza
Central Islip, NY 11722

Re:   T-Mobile Northeast LLC v. The Town of Hempstead and The Town of Hempstead Board of Appeals, CV 11-0239 (ADS) (WDW)

Dear Judge Wall:

     We represent Plaintiff T-Mobile Northeast LLC in the above captioned matter.  With the agreement and consent of Defendants Town of Hempstead and Town of Hempstead Board of Appeals, we submit this joint letter application requesting adjournment of the May 20, 2011 initial scheduling conference.  On May 9, 2011, pursuant to Fed. R. Civ. P. Rule 26(f), counsel for the Parties met and conferred to discuss the proposed schedule.  The Court's proposed scheduling order is agreeable to the Parties and there are no other issues the Parties would like to address with the court at this time.  Accordingly, we jointly request that the Court cancel the May 20, 2011 initial conference and enter the Court's proposed scheduling order.  Thank you for your consideration of this matter.

     Very truly yours,

     ___/s/ T. Scott Thompson____

     T. Scott Thompson

     Counsel for Plaintiff

cc:  Todd Steckler, Esq.
    Counsel for Defendants

DWT 17077840v1 0048172-000409