PRE-MOTION
CIVIL CAUSE FOR CONFERENCE

BEFORE JUDGE: SPATT          DATE: April 30, 2012     TIME: 9:~~00~~ 26 ( 7 MINUTES)
DOCKET NUMBER: CV-11-0239

TITLE: T-MOBILE v. THE TOWN OF HEMPSTEAD, et al.

APPEARANCES: FOR PLAINTIFF: Lance Koonce, Esq.

Scott Thompson, Esq. — via telephone

FOR DEFENDANT: Todd C. Steckler, Esq.

_____
C/R

✓ CASE CALLED.

✓ COUNSEL FOR ALL SIDES PRESENT

___ COUNSEL FOR _____ NOT PRESENT

✓ PRE-MOTION CONFERENCE HELD

___ CASE MARKED READY FOR TRIAL

___ FURTHER STATUS CONFERENCE SCHEDULED FOR

✓ OTHER  Briefing Schedule was set for plff to move for Summary Jgmt

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ APR 30 2012 ★
LONG ISLAND OFFICE