UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
T-MOBILE NORTHEAST LLC,                     :
                                            :     Case No. 11 Civ. 0239
                Plaintiff,   :
                                            :     **NOTICE OF APPEARANCE OF**
   - against -                          :     **COUNSEL**
                                            :
TOWN OF HEMPSTEAD, and the TOWN OF          :
HEMPSTEAD BOARD OF APPEALS,                 :
                                            :
                Defendants.  :
---------------------------------------------------------------- x

      PLEASE TAKE NOTICE that T. Scott Thompson of Davis Wright Tremaine LLP, who is admitted *Pro Hac Vice* to practice before this Court in the above captioned action, hereby enters his appearance as counsel for Plaintiff T-Mobile Northeast LLC in the above captioned case, and requests that notice of all matters arising herein, and all documents and papers in this case, be served on him at the address stated below.

Dated:  Washington, DC
         May 3, 2012

                                        Respectfully submitted,

                                        DAVIS WRIGHT TREMAINE, LLP
                                            /s/  T. Scott Thompson
                                        T. Scott Thompson (*pro hac vice*)
                                        1919 Pennsylvania Ave. NW, Suite 800
                                        Washington D.C. 20006
                                        Telephone: (202) 973-4200
                                        Fax: (202) 973-4499
                                        *Counsel for*
                                        *Plaintiff T-Mobile Northeast LLC*