UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
T-MOBILE NORTHEAST LLC, :
: 11 Civ. 00239(ADS)(WDW)
Plaintiff, :
: **AMENDED CORPORATE**
- against - : **DISCLOSURE STATEMENT**
:
TOWN OF HEMPSTEAD & THE TOWN OF :
HEMPSTEAD BOARD OF APPEALS, :
:
Defendants. :
------------------------------------------------------------- x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for T-Mobile Northeast LLC in the above captioned action submits this Amended Corporate Disclosure Statement, and certifies that T-Mobile Northeast LLC is a Delaware limited liability company and wholly-owned subsidiary of T-Mobile USA, Inc. T-Mobile USA, Inc., a Delaware corporation, is a wholly-owned subsidiary of T-Mobile US, Inc., a Delaware corporation. T-Mobile US, Inc. (NYSE: TMUS) is a publicly-traded company listed on the New York Stock Exchange ("NYSE"). T Mobile Global Holding GmbH, a Gesellschaft mit beschränkter Haftung organized and existing under the laws of the Federal Republic of Germany ("Holding"), owns more than 10% of the shares of T-Mobile US, Inc. Holding, is in turn a direct wholly-owned subsidiary of T-Mobile Global Zwischenholding GmbH, a Gesellschaft mit beschränkter Haftung organized and existing under the laws of the Federal Republic of Germany ("Global"). Global is a direct wholly-owned subsidiary of Deutsche Telekom AG, an Aktiengesellschaft organized and existing under the laws of the Federal Republic of Germany ("Deutsche Telekom"). The principal trading market for Deutsche Telekom's ordinary shares is the Frankfurt Stock Exchange. Deutsche Telekom's ordinary shares also trade on the Berlin, Düsseldorf, Hamburg, Hannover, München and Stuttgart stock exchanges in Germany. Deutsche Telekom's American Depositary Shares ("ADSs"), each representing one

ordinary share, trade on the OTC market's highest tier, OTCQX International Premier (ticker symbol: "DTEGY").

DATED: June 3, 2013                                             Respectfully submitted,

                                                                        /s/ T. Scott Thompson
T. Scott Thompson (*Pro Hac Vice*)
Leslie G. Moylan (*Pro Hac Vice*)
Daniel P. Reing (*Pro Hac Vice*)
DAVIS WRIGHT TREMAINE LLP
1919 Pennsylvania Ave. NW, Suite 800
Washington D.C. 20006
Telephone: (202) 973-4200
Fax: (202) 973-4499

Lacy H. Koonce, III
DAVIS WRIGHT TREMAINE, LLP
1633 Broadway
New York, New York 10019
Telephone: (212) 489-8230

*Counsel for*
*Plaintiff T-Mobile Northeast LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 3, 2013, the foregoing document was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Eastern District's Local Rules, and/or the Eastern District's Rules on Electronic Service upon the following parties and participants:

Todd Corwin Steckler
Berkman, Henoch, Peterson & Peddy, P.C.
100 Garden City Plaza
Garden City, NY 11530
516-222-6200
t.steckler@bhpp.com
Attorney for Defendant Town of Hempstead and
the Town of Hempstead Board of Appeals


    __/s/ T. Scott Thompson _____
    T. Scott Thompson